# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **DANIEL ALBERTO DOBLADO PORTILLO,** | § § § § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § | **CASE NO. 6:26-CV-310-ADA-DNM** |
| **BRET BRADFORD in his official capacity as Director of the United States Immigration and Customs Enforcement Field Office, WARDEN OF LIMESTONE DETENTION CENTER, TODD LYONS in his official capacity as Acting Director of United States Immigration and Customs Enforcement, MARKWAYNE MULLIN in his official capacity as Secretary of the United States Department of Homeland Security, and TODD BLANCHE in his official capacity as Acting United States Attorney General,** | § § § § § § § § § § § § § § § § § § | |
| **Respondents.** | § | |

## ORDER FOR SERVICE

Petitioner Daniel Alberto Doblado Portillo challenges his custody through a Petition for a Writ of Habeas Corpus under United States Code Title 28, Section 2241. Dkt. No. 1. His petition raises issues which require Respondents, through their counsel, to show cause as to why the Court should not grant the relief that Doblado Portillo seeks. 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** that the Clerk shall serve copies of the Petition and this Order upon the Respondents through their counsel, the United States Attorney for the Western District of Texas.

The Court further **ORDERS** that Respondents shall show cause within THREE days of the entry of this Order. Respondents may, in lieu of a response, file a motion requesting

additional time of up to 20 days following the date of service to respond, as Section 2243 provides.

**SIGNED** this 11th day of June, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE